**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Arrow Marble, LLC, Arrow Mirror and Glass, Inc., and Equicap
                         Investments, LLC

Appellate case number:   01-12-01133-CV

Trial court case number: PR032461-C

Trial court:             County Court at Law No. 1 & Probate Court of Brazoria County

In a separate opinion, we dismissed appellate cause 01-12-01132-CV, because appellants' appeal from the trial court's judgment in trial court cause number PR032461-C is properly docketed under this cause number. Numerous documents relevant to trial court cause number PR032461-C were mistakenly filed under PR032461, however, and are included only in the clerk's record filed in appellate cause number 01-12-01132-CV. Further, the reporter's record for this case was mistakenly filed in cause number 01-12-01132-CV. Accordingly, we ORDER the Clerk of this Court to file copies of the clerk's and reporter's records filed in cause 01-12-01132-CV in this cause number.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown

☑ Acting individually     ☐ Acting for the Court

Date: April 15, 2013